AO 440 (Rev. 06/12) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

FILED
JUN 22 2012

| | |
|---|---|
| Chartisha Hicks ) | |
| ) | |
| ) | |
| ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No. 3:12cv439 |
| ) | |
| Powell Staffing Solutions, Inc., American ) | |
| Infrastructure, Inc., American Infrastructure-VA, Inc. ) | |
| ) | |
| ) | |
| *Defendant(s)* ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Powel Staffing Solutions, Inc.
Registered Agent: Darrell C. Powell, Sr.
922 Lacon Drive
Newport News, Virginia 23608

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lauren E. Fisher, Esquire
Shelley & Schulte, P.C.
700 East Franklin St., 12th Floor
P.O. Box 605
Richmond, Virginia 23219-0605

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

K. Young

Date: 6-14-12

*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

## SERVICE BY PRIVATE PROCESS

CASE # 3:12CV439

I, the undersigned __J LANDIS EDWARDS__ do hereby certify that I am over eighteen years of age, am not a party to or otherwise interested in the subject matter in controversy, and I further attest: on the __18TH__ day of __JUNE__, 2012, at __8:10__ am/pm, I served:

POWEL STAFFING SOLUTIONS INC
R/A: DARRELL C. POWELL, SR.
922 LACON DRIVE
NEWPORT NEWS VA
23608

the attached:
- ☐ Subpoena Duces Tecum
- ☐ Motion for Judgment
- ☐ Witness Subpoena
- ☐ Warrant in Debt
- ☒ Summons and Complaint
- ☐ Other _____

☐ Personal Service: _____

☒ Registered Agent: __DARRELL C. POWELL SR R/A__

Being unable to make personal service, a copy was delivered in the following manner:

☐ Delivered to person found in charge of the usual place of business or employment during business hours and giving information of its purport.
Delivered to: _____

☐ Delivered to a family member, not a temporary sojourner or guest, aged sixteen or older, at the usual place of abode of the above named party.
Delivered to: _____

☐ Posted on the front door or other such entrance as appears to be the main entrance.

☐ Served on the Secretary of the Commonwealth. Accepted by: _____

☐ Served on the State Corporation Commission. Accepted by: _____

☐ Not Found/Unable to Serve

Process Server: _[signature]_
Downtown Direct Process Servers
911 W. Grace Street
Richmond, Virginia 23220

County/City of __Richmond__

☐ Attempt: _____
☐ Wrong Address: _____

Sworn and affirmed before me this __19__ day of __June__ 2012

My commission expires __Dec 2016__

[Notary Seal: ERIC DAVID WERNER, NOTARY PUBLIC, REG # 250736, MY COMMISSION EXPIRES 12/31/2016, COMMONWEALTH OF VIRGINIA]