Powell Staffing Solutions, Inc.
738 Middle Ground Blvd.
Newport News, VA 23606

July 9, 2012

United States District Court
Eastern District of Virginia - Richmond Division
Case# 3:12cv439
Chartisha Hicks v. Powell Staffing
RE: Request for extension to respond



Powell Staffing Solutions, Inc., respectfully requests an extension of time for me to respond to the charges brought forth against my firm regarding civil case # 3:12cv439 that's due today this 9th day of July 2012. This request is being made so that I can find suitable counsel to represent us in this matter. I've already spoken to the plaintiffs counsel (Lauren Fischer) on 7-3-2012 and she has agreed to an extension date of July 24, 2012. If you have any questions, I can be reached at (757) 595-9920.

Thank you,

Darrell C. Powell, Sr.
President

## Certificate of Service

I hereby certify that on the 9th day of July 2012, I mailed the foregoing with the Clerk of the Court as well as the following firms listed below.

<u>Plaintiff</u>   _David C. [signature]_ — 7-9-2012
Chartisha Hicks

<u>Represented By</u>
Lauren Elizabeth Fisher
Shelley & Schulte PC
700 E. Franklin St.
P.O. Box 605
Richmond, VA 23218-0605
Ph: 804-644-9700 / Fax 804-644-9770
Email: Lauren.Fisher@shelleyschulte.com
Lead Attorney - Attorney To Be Noticed

Blackwell Nixon Shelley, JR. - Shelley & Schulte PC
700 E. Franklin St. - P.O. Box 605
Richmond, VA 23218-0605
Ph: 804-644-9700 - Fax 804-644-9770
Email: blackwell.shelley@shelleyschulte.com
~~Attorney~~ To Be Noticed

Tim Schulte - Shelley & Schulte PC
700 E. Franklin St. P.O. Box 605